IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CEJAS,

    Petitioner,                   No. CIV S-05-1799 LKK GGH P

    vs.

LOU BLANAS, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Petitioner is a pretrial detainee at the Sacramento County Jail. Petitioner claims that jail officials improperly refused to release him from his cell on two occasions. On January 6, 2005, petitioner's tier was not let out for dayroom. On October 15, 2004, petitioner's pod was locked down.

        The purpose of a habeas corpus petition is to challenge the validity of a conviction or sentence. The purpose of a civil rights action pursuant to 42 U.S.C. § 1983 is to challenge a condition of confinement. Petitioner is not challenging the validity of a conviction or sentence. Instead, his claims implicate the conditions of his confinement. Accordingly, the court construes

this action as a civil rights action pursuant to 42 U.S.C. § 1983. The petition is dismissed and petitioner is directed to file a civil rights complaint. Following receipt of that complaint, the court will address petitioner's application to proceed in forma pauperis. Petitioner is liable for the filing fee for a civil rights action ($250).

Accordingly, IT IS HEREBY ORDERED that:

1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

2. The petition is dismissed with thirty days to file a complaint; failure to comply with this order will result in a recommendation of dismissal of this action; following receipt of the complaint, the court will address petitioner's application to proceed in forma pauperis;

3. The Clerk of the Court is directed to send petitioner the form for a civil rights complaint.

DATED: 10/11/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
cej1799.ord

2