IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CEJAS,

    Plaintiff,               No. CIV S-05-1799 LKK GGH P

    vs.

LOU BLANAS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On October 21, 2005, plaintiff filed an application for certificate of appeal. Plaintiff states that he disagrees with the October 11, 2005, order by the magistrate judge construing this action as a civil rights action rather than a petition for writ of habeas corpus. Because plaintiff's October 21, 2005, pleading is addressed to the district court, it is construed as a request for reconsideration rather than as a notice of appeal to the Ninth Circuit Court of Appeals.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the magistrate judge filed October 11, 2005, is affirmed;

2. Plaintiff is granted thirty days from the date of this order to file a complaint.

DATED: January 11, 2006.

                                              /s/Lawrence K. Karlton
                                              UNITED STATES DISTRICT JUDGE

cej1799.850