IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CEJAS,

        Plaintiff,                  No. CIV S-05-1799 LKK GGH P

    vs.

LOU BLANAS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 11, 2006, the district court denied plaintiff's request for reconsideration of this court's October 11, 2005, order construing this action as a civil rights action rather than a habeas corpus petition. The district court ordered plaintiff to file a complaint within thirty days of the January 11, 2006, order.

        On January 20, 2006, plaintiff filed an interlocutory appeal of the January 11, 2006, order. Thirty days passed from the January 11, 2006, order and plaintiff did not file a complaint.

/////

/////

/////

1

1   Although plaintiff has appealed the January 11, 2006, order to the Ninth Circuit Court of Appeals, these proceedings are not stayed. 28 U.S.C. § 1292(b). Plaintiff must still comply with the order directing him to file a complaint even though he has appealed the January 11, 2006, order.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file a complaint.

DATED: 4/4/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
cej1799.ord