IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CEJAS,

       Plaintiff,                    No. CIV S-05-1799 LKK GGH P

   vs.

LOU BLANAS, et al.,

       Defendants.          ORDER

_____/

       Plaintiff has requested an extension of time to file a complaint pursuant to the court's order of April 4, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's May 4, 2006 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file a complaint.

DATED: 5/10/06

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
ceja1799.36