1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ANDREW CEJAS,

10            Plaintiff,                    No. CIV S-05-1799 LKK GGH P

11        vs.

12   LOU BLANAS, et al.,

13            Defendants.                   ORDER

14   _____/

15            Plaintiff has requested an extension of time to file a third amended complaint

16   pursuant to the court's order of September 20, 2006.  Good cause appearing, IT IS HEREBY

17   ORDERED that:

18            1.  Plaintiff's October 13, 2006 request for an extension of time is granted; and

19            2.  Plaintiff is granted twenty days from the date of this order in which to file  a

20   third amended complaint.

21   DATED: 11/2/06

22                                          /s/ Gregory G. Hollows
                                            _____
23                                          GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE
24   GGH:bb
     ceja1799.36(2)
25

26