1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW CEJAS,

11          Plaintiff,                          No. CIV S-05-1799 LKK GGH P

12       vs.

13   LOU BLANAS, et al.,

14          Defendants.                    FINDINGS & RECOMMENDATIONS

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  The court has separately issued an order addressing the amended complaint

18   which is attached to plaintiff's February 15, 2007, objections.  The court found that the amended

19   complaint stated a colorable retaliation claim against defendant Oreschak.  The court found that

20   the claims against the remaining defendants were not colorable.  For the reasons stated in that

21   order, the court now recommends that all claims contained in amended complaint but for the

22   retaliation claims against defendant Oreschak be dismissed.

23          IT IS HEREBY RECOMMENDED that all claims contained in amended

24   complaint but for the retaliation claims against defendant Oreschak be dismissed.

25          These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1    days after being served with these findings and recommendations, plaintiff may file written

2    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

3    Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

4    specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

5    F.2d 1153 (9th Cir. 1991).

6    DATED:   5/30/07                                       /s/ Gregory G. Hollows

7                                                           _____
                                                            UNITED STATES MAGISTRATE JUDGE

8    cejas1799.56

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26