1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW CEJAS,

11              Plaintiff,                No. CIV S-05-1799 LKK GGH P

12        vs.

13   LOU BLANAS, et al.,

14              Defendants.               <u>ORDER</u>

15   _____/

16              On May 30, 2007, the court issued an order screening the third amended

17   complaint.  The court found that plaintiff stated a colorable retaliation claim against defendant

18   Oreschak and granted plaintiff thirty days to return the forms necessary to effect service of this

19   defendant.  The court recommended that the claims against the remaining defendants be

20   dismissed.

21              On June 25, 2007, plaintiff filed a request for extension of time.  Plaintiff states

22   that he is also requesting permission to amend his claims.  Plaintiff's request to amend his claims

23   is not proper as it is not accompanied by a proposed fourth amended complaint.  Accordingly,

24   this request is denied.  Because the court has already spent considerable time screening the

25   previous complaints, any further requests to file an amended complaint will most likely be

26   denied.

                                          1

Plaintiff is granted a thirty day extension of time to file objections to the findings and recommendations and to return the forms necessary to effect service of defendant Oreschak.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's June 25, 2007 requests for additional time is granted;

2.  Plaintiff is granted thirty days from the date of this order in which to file his objections to the May 30, 2007 findings and recommendations and to submit the documents for service of defendant Oreschak;

3.  Plaintiff's June 25, 2007, request to amend his claims is denied.

DATED: 7/3/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
ceja1799.36

2