IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CEJAS,

    Plaintiff,                    No. CIV S-05-1799 LKK GGH P

    vs.

LOU BLANAS, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On May 30, 2007, the court recommended that all claims in the amended complaint but for the retaliation claims against defendant Oreschak be dismissed. Plaintiff was granted twenty days to file objections. The court also granted plaintiff thirty days to complete and return the forms necessary to effect service of defendant Oreschak.

        On July 3, 2007, the court granted plaintiff a thirty day extension of time to file his objections and submit the forms necessary to effect service of defendant Oreschak.

        On August 16, 2007, plaintiff filed a second request for extension of time. Plaintiff states that he could not comply with the deadline set in the July 3, 2007, order because he was busy litigating another action. This does not constitute good cause.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 18, 2007, request for extension of time is denied;

2. Within ten days of the date of this order, plaintiff shall file objections to the May 30, 2007, findings and recommendations and the forms necessary to effect service of defendant Oreschak.

DATED: 8/22/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
ceja1799.36fr