IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CEJAS,

    Plaintiff,                    No. CIV S-05-1799 LKK GGH P

    vs.

LOU BLANAS, et al.,

    Defendants.          FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 23, 2007, plaintiff filed an amended complaint styled as a class action. The court construes the amended complaint to contain a request that this action be certified as a class action. For the following reasons, this request is denied.

        Named as members of the proposed class are inmates who were pretrial detainees with plaintiff while he was housed at the Sacramento County Jail. Plaintiff is a non-lawyer proceeding without counsel. It is well-established that a layperson cannot ordinarily represent the interests of a class. See McShane v. United States, 366 F.2d 286 (9th Cir. 1966). This rule becomes almost absolute when, as here, the putative class representative is incarcerated and proceeding pro se. Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975). Plaintiff cannot "fairly and adequately protect the interests of the class," as required by Rule 23(a)(2) of the

1  Federal Rules of Civil Procedure.  See Martin v. Middendorf, 420 F.Supp. 779 (D.C.C. 1976).
2  For these reasons, plaintiff's request to have this action certified as a class action should be
3  denied.
4              IT IS HEREBY RECOMMENDED that plaintiff's request to have this action
5  certified as a class action, contained in the amended complaint filed August 23, 2007, be denied.
6              These findings and recommendations are submitted to the United States District
7  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
8  days after being served with these findings and recommendations, plaintiff may file written
9  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
10 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
11 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
12 F.2d 1153 (9th Cir. 1991).
13 DATED:   10/2/07

                                             /s/ Gregory G. Hollows
                                             _____
                                             UNITED STATES MAGISTRATE JUDGE
15 cej1799.cla