1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW CEJAS,

11              Plaintiff,                    No. CIV S-05-1799 LKK GGH P

12        vs.

13   LOU BLANAS, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16              On October 3, 2007, the magistrate judge denied plaintiff's request to proceed on

17   the amended complaint filed August 23, 2007.  On November 1, 2007, plaintiff filed objections

18   to this order (court file doc. # 45) which the court construes as a request for reconsideration.  The

19   proof of service attached to this pleading indicates that it was "filed" on October 29, 2007,

20   pursuant to the mailbox rule.

21              Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no

22   reconsideration thereof is sought from the Court within ten court days . . . from the date of

23   service of the ruling on the parties."  E.D. Local Rule 72-303(b).  Plaintiff's request for

24   reconsideration of the magistrate judge's order of October 3, 2007, is therefore untimely.

25   /////

26   /////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's November 1, 2007,

2    request for reconsideration (court file doc. # 45) is denied.

3    DATED:   December 6, 2007.

4

5

6                LAWRENCE  K.  KARLTON

7                SENIOR  JUDGE
                 UNITED  STATES  DISTRICT  COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26