IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

           Plaintiff,                  No. CIV S-05-1799 LKK GGH P

    vs.

LOU BLANAS, et al.,

           Defendants.             ORDER

_____/

          On April 3, 2008, plaintiff filed a pleading titled "Deny Request for Deposition of Andrew A. Cejas." In this pleading plaintiff indicates that he is objecting to the notice of deposition he received because it does not state the reason for the deposition. Plaintiff's objection to the deposition notice is not well supported. See Fed. R. Civ. P. 30(b).

          Accordingly, IT IS HEREBY ORDERED that plaintiff's objection to his notice of deposition, construed as a motion to vacate the deposition, is denied.

DATED: 04/10/08

                                 /s/ Gregory G. Hollows

                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

cej1799.dep

1