IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

      Plaintiff,                      No. CIV S-05-1799 LKK GGH P

      vs.

LOU BLANAS, et al.,

      Defendants.              ORDER

_____/

      On March 28, 2008, plaintiff filed a motion requesting that the court order the deposition of defendant Oreschak or appoint counsel to take the deposition. The court has separately issued an order denying plaintiff's March 10, 2008, motion for appointment of counsel.

      It appears that plaintiff may be requesting that the court waive the fees associated with a deposition so that plaintiff, who is proceeding in forma pauperis, may take the deposition. "Expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress..." United States v. MacCollom, 426 U.S. 317, 321, 96 S.Ct. 2086 (1976). Pursuant to 28 U.S.C. § 1915(a), plaintiff's in forma pauperis status entitled him to a waiver of the filing fee and free services of process by the United States Marshal, but it does not entitle him to waiver of witness fees, mileage or deposition officer fees. See 28 U.S.C. § 1915(a); Tedder v.

1

1 | <u>Odel</u>, 890 F.2d 210, 211 (9th Cie. 1989).

2 |       Accordingly, IT IS HEREBY ORDERED that plaintiff's March 28, 2008, motion

3 | for the deposition of defendant Oreschak is denied.

4 | DATED: 05/13/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

7 | cej1799.ifp