1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW A. CEJAS,

11           Plaintiff,                    No. CIV S-05-1799 LKK GGH P

12        vs.

13   LOU BLANAS, et al.,

14           Defendants.                   ORDER

15   _____/

16           On February 9, 2009, plaintiff filed a pleading requesting that the court order

17   defendants to provide him a copy of his deposition transcript.  Plaintiff is not entitled to a copy of

18   the deposition transcript free-of-charge.  See Fed. R. Civ. P. 32(a) (discussing when deposition

19   transcripts may be used against parties).  Plaintiff may request a copy of the deposition transcript

20   from the company that transcribed the deposition, assuming his ability to pay.

21           Accordingly, IT IS HEREBY ORDERED that plaintiff's February 9, 2009,

22   request for a copy of his deposition transcript (no. 70) is denied.

23   DATED: March 10, 2009

24                                          /s/ Gregory G. Hollows
                                           _____
25                                          UNITED STATES MAGISTRATE JUDGE

26   cej1799.ord