MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendant
SACRAMENTO COUNTY SHERIFF'S DEPUTY ORESCHAK

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHERIFF LOU BLANAS, et al.<br><br>　　　　Defendants.　　／ | CASE NO.:　2:05-cv-1799-LKK-GGH P<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE AND SERVE A MOTION FOR SUMMARY JUDGMENT** |

Defendant's ex parte application for an extension of time to file and serve his motion for summary judgment was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that defendant has until May 4, 2009 to file and serve his motion for summary judgment. No further extensions will be approved for this four year old case.

Dated: April 8, 2009

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　United States Magistrate Judge

ceja1799.eot

---

**[Proposed] Order Granting Defendant's Ex Parte Application for An Extension of Time to File and Serve a Motion for Summary Judgment**