IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

      Plaintiff,                                   No. CIV S-05-1799 LKK GGH P

    vs.

LOU BLANAS, et al.,

      Defendants.                             <u>ORDER</u>

_____/

        On October 14, 2009, the undersigned recommended that defendant's summary judgment motion be granted. On October 26, 2009, plaintiff filed a motion to amend the judgment. On that date, plaintiff filed a motion to file an appeal from any order denying his motion to amend the judgment.

        Because no judgment has been entered, plaintiff's motion to amend the judgment is improper. If plaintiff disagrees with the findings and recommendations, he should file objections. Accordingly, the motion to amend the judgment is denied. Plaintiff does not require court permission to file a notice of appeal.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion to amend the judgment (no. 96) and motion for leave to file an appeal (no. 97) are denied;

1

2. Plaintiff is granted twenty-one days from the date of this order to file objections to the findings and recommendations.

DATED: November 5, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

cej1799.ame