IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

        Plaintiff,                     No. CIV S-05-1799 LKK GGH P

    vs.

LOU BLANAS, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On November 6, 2009, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on August 23, 2007 and March 10, 2008. All requests were denied. In light of those orders, plaintiff's November 6, 2009, request for appointment of counsel is denied.

        In the request for counsel, plaintiff also requests that a certificate of appealability be issued if the district court adopts the findings and recommendations recommending that defendant's motion for summary judgment be granted. Certificates of appealability are not issued in civil rights actions. If the district court adopts the findings and recommendations, plaintiff may file a notice of appeal within thirty days of the entry of judgment. Fed. R. App. P. 4.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 6, 2009, request for appointment of counsel (Docket No. 100) is denied;

2. Plaintiff's November 6, 2009, motion for a certificate of appealability (Docket No. 100) is denied.

DATED: November 19, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
ceja1799.31thr